**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6217**

---

RICK STEARNSMILLER,

Plaintiff - Appellant,

versus

P. DOUGLAS TAYLOR; DORIS MIXON; JOHN DOE, 1-
20; WILLIE EAGLETON; GEORGIA YEARWOOD; MICHAEL
W. MOORE; DOUG CATOE; FRANCES L. STROKER;
SAMUEL LATTA; GEORGE BEST, Captain; EICHEN-
BURGER, Captain; BOARD OF CORRECTIONS; CORREC-
TIONAL MEDICAL SERVICE; REX M. DEVINE; MICHAEL
LOCKE; JAMES FELDER; R. NAJJAR,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Falcon B. Hawkins, Senior District
Judge.   (CA-98-2195-3-11-BC)

---

Submitted:  September 30, 1999       Decided:  October 6, 1999

---

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Rick Stearnsmiller, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rick Stearnsmiller noted an appeal from the district court's order denying his appeal of a non-dispositive order entered by the magistrate judge in his underlying civil action. We dismiss the appeal for lack of jurisdiction because the order is not appeal-able. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2